## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**In Re: Henry L. Klein, New Mexico Bar Number 18-52**

## NOTICE OF SUSPENSION
## AND UNITED STATES SUPREME COURT DOCKET 23-261

Henry L. Klein, New Mexico Bar Number 18-52 and Louisiana Bar Number 7440, hereby gives notice that he was suspended by the Louisiana Supreme Court effective June 27, 2023, Docket 23-B-066, after which time he filed a Petition for Certiorari with the United States Supreme Court at Docket 23-261. The Suspension was published nationally through the National Discipline Data Bank maintained by the American Bar Association and the Cert Petition should be submitted to the United States Supreme Court Justices in December. Contemporaneously herewith, a Rule 83.2(d) Motion for Relief from Rule of Good Standing is filed.

Respectfully submitted,

*/s/ Henry L. Klein*
Henry L. Klein
**(NM Bar 18-52)**
**(DC Bar LA0003)**
6244 Marshal Foch
New Orleans, LA, 70124
henryklein44@gmail.com

## No. 23-261

| | |
|---|---|
| Title: | **Henry L. Klein, Petitioner**<br>**v.**<br>**Louisiana Office of Disciplinary Counsel** |
| Docketed: | September 18, 2023 |
| Lower Ct: | Supreme Court of Louisiana |
| Case Numbers: | (2023-B-0066) |
| Decision Date: | May 18, 2023 |
| Rehearing Denied: | June 27, 2023 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Sep 14 2023 | Petition for a writ of certiorari filed. (Response due October 18, 2023)<br><br>**Petition      Appendix      Proof of Service      Certificate of Word Count      Petition      Appendix      Certificate of Word Count      Proof of Service** |
| Sep 20 2023 | Rule 21.1 Motion to Shorten Time to Respond to Writ Petition 23-261 and Address the Supremacy Clause of the United States Constitution of Henry L. Klein submitted.<br><br>**Main Document** |

| NAME | ADDRESS | PHONE |
|---|---|---|
| Attorneys for Petitioner | | |
| Henry Luis Klein<br>    Counsel of Record | Henry L. Klein<br>201 St. Charles Avenue<br>New Orleans, LA 70170<br><br>HENRYKLEIN44@GMAIL.COM | 5044390488 |
| Party name: Henry L. Klein | | |